# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CHASE V.,[1] <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 5:21-cv-00571-MCS-PD <br><br> **ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, the Report and Recommendation of United States Magistrate Judge, Plaintiff's Objections to the Report, and Defendant's Response to Plaintiff's Objections. The Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected and to Defendant's Response.

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

The Court accepts the Report and adopts it as its own findings and conclusions.

DATED: September 30, 2022

*Mark C. Scarsi*
HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE